WARREN L. HAFELY, Appellant, v. MADELINE HAFELY, Respondent.— Order adjudging appellant in contempt for failure to pay forty-four dollars for support and maintenance of the infant daughter of the parties reversed on the law and the facts, without costs, and the motion denied, without costs. While the appellant had no right to reduce the weekly payments to thirteen dollars when the final decree directing payments of fifteen dollars a week had not been modified, we are of opinion that the moving papers herein are insufficient to raise a presumption that sequestration proceedings would be ineffectual; and under such circumstances there should not be punishment as for a contempt. Because of appellant's recognition of his duty to support his child and his obvious willingness to do so, in the opinion of this court it was not wise to have assumed the expense of prosecuting this appeal over the small amount in dispute. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

WILLIAM HODSON, Commissioner of Public Welfare of The City of New York, on the Complaint of DOROTHY DUNNE, Respondent, v. VINCENT CIRINCIONE, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Avenue L, from East 80th Street to East 86th Street, and from East 98th Street to East 108th Street, and Avenue M, from East 80th Street to East 108th Street, Subject in the Case of Avenue M, to the Rights, if Any, of the NEW YORK RAPID TRANSIT CORPORATION, in the Borough of Brooklyn, City of New York. VINCENZA ALAIMO, DAMYON BORYSKO and KATY BORYSKO, His Wife, LENA KLEINFELD, DORA SLUTSKY and MOLLIE LAMER, Appellants; THE CITY OF NEW YORK, Respondent.— Appeal by claimants in a condemnation proceeding from so much of a final decree as eliminated from the tentative decree awards made to claimants on the trial and awarded one dollar to each of them. Decree, in so far as appealed from, unanimously affirmed, with costs to the respondent, payable by appellants jointly. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.